IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CR. NO.
:
v. : (Judge      )
:
SHAWN CHRISTY :

INFORMATION

THE UNITED STATES ATTORNEY ALLEGES THAT:

COUNT ONE
18 U.S.C. §111(a)(1)
(Assaulting, resisting, or impeding
certain officers or employees)

On or about November 28, 2012, in the Middle District of Pennsylvania, and elsewhere, the defendant,

SHAWN CHRISTY

did willfully forcibly assault, resist, oppose, and impede a person designated in Title 18 U.S.C. §1114, while engaged in and on account of the performance of his official duties in violation of Title 18 U.S.C. §111, to wit: the defendant did forcibly resist and oppose United States Marshals, during the execution of an arrest warrant.

All in violation of Title 18 U.S.C. §111(a)(1).


Feb. 15, 2013
Date

PETER J. SMITH
United States Attorney